Ramon "Mona" Murillo P43503
31625 Hwy 101
Soledad, CA, 93960

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Ramon "Mona" Murillo,
    Plaintiff
v.
Union Supply Group, Inc, et al.,
    Defendants

Case No. 2:21-cv-22-DMG (JPRx)

PLAINTIFF EX-PARTE Application of Extension of Time to file Opposition to Defendants Motion to Dismiss.

Hon. Dolly M. Gee

TO: THE Honorable: DOLLY M. GEE, District Judge,

The plaintiff files this "Ex-Parte Application for Extension of Time to file opposition to Defendants Motion to Dismiss. The plaintiff is a STATE prisoner and cannot confer with defendants.

The Defendants had a Hearing Schedule on February 22, 2021 for their motion to Dismiss and the court on its own reset the Hearing for February 26, 2021.

The plaintiff didn't become aware of Defendants motion to Dismiss until Late February 2021.

On March 5, 2021, the plaintiff Received via Federal Express a copy of notice of the new hearing date and March 5, 2021, via regular mail Received Defendants

page 1 of 3

Motion to Dismiss

The Court on February 22, 2021, granted Defendants motion to continue the Hearing till April 2, 2021, giving the plaintiff till March 12, 2021 to file a opposition.

The plaintiff cannot meet the deadline as it stands. The plaintiff access to the court is via the Prison Law Library. The Prison is still under COVID-19 - Purple Tier, phase 2, limited services. The plaintiff is currently scheduled to have access to the Law Library on March 12, 2021, to conduct research. Then plaintiff will have to write the motion and wait till March 18, 2021, to access the Law Library again to make necessary copies. Then CDCR will not pick up legal mail till March 19, 2021. Thats only projection dates, However, current shortage of staff, Quarantines, COVID-19 Social Distance protocols, and plaintiff also attends on Prison College classes from Hartnell College, and has a mandatory prison job Monday through Friday from 7am to 3:30pm.

The plaintiff request until April 10, 2021, to file her opposition and to file a motion to appear by court call on the hearing.

Furthermore the current April 2, 2021, court hearing is not a date available for plaintiff. Plaintiff is currently schedule for foot surgery at Palmdale, California.

Page 2 of 3

Plaint. Ex-Parte Appl for Extension of time

The plaintiff will attempt to file her opposition before her April 10, 2021 requested date, but the plaintiff anticipates to file:

1) Opposition motion
2) Motion to Appear by Phone
3) Motion for Appointment of Pro Bono Publico

For this reasons the plaintiff REQUEST that her request for Extension of time be granted TILL April 10, 2021.

Respectfully Submitted

3/7/21

Ramn Muna M

Plaint. Ex Part - For Applic. Ext. of time

Page 3 of 3

2:21-CV-22-DMG (JPRx)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Ramon Mona Murillo, declare:

I am over 18 years of age and a party to this action. I am a resident of Soledad SVSP Prison,

in the county of Monterey,

State of California. My prison address is: 31625 Hwy 101, Soledad, CA, 93460.

On March 7, 2021,
(DATE)

I served the attached: Plaint. Ex-Parte Application of Time to file Opposition to Def. Mot. to Dismiss—
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. D.C.
Central District Court
312 N. Spring St.
Los Angeles, CA 90012

Jame H. Davison
Attorney at Law
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-7-21
(DATE)

(DECLARANT'S SIGNATURE)
Mon Amurillo (Ramon)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

[Envelope image]

Return address (handwritten):
Marco Musser
PO Box 1020 DB-132
[illegible], CA 93460

* LEGAL MAIL *
3-7-21

Addressed to:
U.S.D.C.
Central District Court
Hon. Dolly M. Gee
312 N. Spring Street
Los Angeles, CA 90012

Stamp: RECEIVED CLERK, U.S. DISTRICT COURT MAR 15 2021 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

Postage: ZIP 93960 $000.50 MAR 09 2021 (Pitney Bowes)