**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON "MONA" MURILLO,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNION SUPPLY GROUP, INC.,<br><br>　　　　　　Defendant. | Case No. CV 21-22-DMG (JPRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendant Union Supply Group, Inc.'s Second Motion to Dismiss, filed March 29, 2023,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Union Supply Group, Inc. and against Plaintiff Ramon "Mona" Murillo.

**IT IS SO ORDERED.**

DATED: March 29, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE